C. M. CRAVATT, *Plaintiff in Error*, v. W. H. PIERSON, *Defendant in Error*.

## En Banc.

### Decision Filed April 20, 1927.

### Petition for Rehearing denied June 4, 1927.

Where the members of the Appellate Court are equally divided in opinion as to whether a decree on appeal should be affirmed or reversed, and there is no prospect of a change of judicial opinion, the decree should be affirmed so that the litigation may not be unduly prolonged.

A Writ of Error to the Circuit Court for Dade County; A. J. Rose Judge.

*Bart A. Riley,* for Plaintiff in Error;

*McCaskill, Taylor & McCaskill,* for Defendant in Error.

PER CURIAM.—In this case the Chief Justice, Mr. Justice WHITFIELD and Mr. Justice BUFORD are of the opinion that the judgment rendered by the trial court to which the writ of error is addressed should be reversed while Mr. Justice TERRELL, Mr. Justice STRUM and Mr. Justice BROWN are of the opinion that said judgment should be affirmed; and there being no prospect of a change of judicial opinion the judgment will be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452; Quigg, Chief of Police v. Radel, 86 Fla. 197, 97 South. Rep. 380, and State *ex rel.* Amos v. Hamwey, 87 Fla. 55, 100 South. Rep. 796. Yarnell v. Gregory, 88 Fla. 91, Broaddus v. Theurer, 92 Fla. —.

An order will be entered affirming the judgment herein.

All concur.